Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
## for the
### 11 District of Miami Dade County

### 05 Division

Marjorie Smith

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wells Fargo Security National Mortgage Company

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

FILED BY _____ D.C.

MAY 17 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Marjorie Smith |
   | Street Address | 19710 N.W. 11th Ave. |
   | City and County | Miami |
   | State and Zip Code | FL. 33169 |
   | Telephone Number | 305 993 8681 |
   | E-mail Address | buttaflyladi@yahoo.com |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Shrewsberry |
| Job or Title *(if known)* | CFO |
| Street Address | 420 Montgomery St. |
| City and County | San Francisco |
| State and Zip Code | Califorina 94163 |
| Telephone Number | 866 878 5865 |
| E-mail Address *(if known)* | jshrewsberry@wellsfargo.com |

Defendant No. 2

| | |
|---|---|
| Name | Jake Banks |
| Job or Title *(if known)* | CFO |
| Street Address | 5300 South 360 West SLC |
| City and County | Salt Lake City |
| State and Zip Code | Utah 84123 |
| Telephone Number | 800 262 0642 |
| E-mail Address *(if known)* | Jake.Banks@securitynational.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Marjorie Smith__, is a citizen of the State of *(name)* __Florida__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* __Jake Banks__, is a citizen of the State of *(name)* __Utah__. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## B. The Defendant(s)

## 2.    If the defendant is an individual (name)  John Shrewsberry is a citizen of Califorina

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Marjorie Smith, and the defendant, *(name)* Security National, made an agreement or contract on *(date)* 06/18/2012. The agreement or contract was *(oral or written)* _____. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

141,198.00

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This complaint is to Filed as a qui tam Complaint under Title 31 subsection 3730(b)(1)& 3730(b)(2) as relators. Defendants have used the County Court inproperly. The Defendants has not proven their claim but merely just made a statement without proof of claim or validation of any debt owed. They have used false and misleading statements to attempt to wrongfully foreclose and administer our Estates without our authorization. Plaintiff Motion for Removal of the foreclosure from
the MIAMI-DADE COUNTY /STATE OF FLORIDA COURT, ORDER for A Permanent Injunction against the Defendants, their law fims/corporations, et al as well as any future foreclosure proceedings from other corporations and/ or firms who attempt to foreclose on the Deed of Trust identified as Real Property in Miami-Dade County Registry. We have no contractual obligation with the Defendants, therfore we Petition the Court for a Permanent Injunction should be imposed under Rule 65 and Rule12 (4) (b)(1)(2)(3)(4)(5)(6).

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/17/19

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Marjorie Smith

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____